August 14, 2012



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

JUDITH WRIGHT PATTERSON, Appellant

NO. 14-12-00473-CV                          V.

ETHEL LOUISE WILLIAMS, RICK HARRIS, WILLIAM F. WILSON, NORMA WILSON, DIANE STIEBENS, KATHERINE HARPER, ANDREA ATKINS, ROBERTA LYTLE, THOMAS WILSON, WILLIAM WILSON, JR., CAROL JO VAN HORN WELLWOOD, DONNA VAN HORN COBB, WILLIAM E. WILLIAMS, REBECCA WILSON AND DAVID TOWNSEND, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 10, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Judith Wright Patterson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.